Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL OATA-2025-223[1]

| | | |
|---|---|---|
| **MARIE LUCIE SINGH *AKA* MARIE LUCIE VICTOIRE**<br><br>Parte recurrida<br><br><br>v.<br><br><br>**PARMINDER SINGH**<br><br>Parte peticionaria | TA2025CE00823 | **CERTIORARI**<br>Procedente del Tribunal de Primera Instancia, Sala Superior de **SAN JUAN**<br><br>Caso Núm.:<br>SJ2022CV09032<br><br>Sobre:<br>LIQUIDACIÓN DE COMUNIDAD DE BIENES |

Panel integrado por su presidenta la Jueza Ortiz Flores, el Juez Pérez Ocasio y la Jueza Prats Palerm

Pérez Ocasio, Juez Ponente.

## RESOLUCIÓN

En San Juan, Puerto Rico, a 26 de noviembre de 2025.

El 26 de noviembre de 2025 compareció ante nos el aquí peticionario, Parminder Singh, mediante un recurso de *"Certiorari"*, en el que nos solicitó que descalifiquemos un perito anunciado de la parte recurrida, Marie Lucie Singh. Además, mediante una *"Moción en Auxilio Jurisdicción"* el mismo día, solicitó que ordenáramos la paralización de los procesos en el Tribunal de Primera Instancia, Sala Superior de San Juan. Específicamente, peticionó la paralización de las vistas evidenciarias pautadas para comenzar el 1 de diciembre de 2025, las cuales estaban calendarizadas desde el 31 de julio de 2025.

Este Tribunal ha evaluado el recurso de *certiorari,* así como los documentos que obran en su apéndice. Prescindiendo de la comparecencia de la parte recurrida al amparo de la facultad

---

[1] Los paneles regulares del Tribunal de Apelaciones están desactivados, durante el periodo de Acción de Gracias que comprende la semana del 24 al 28 de noviembre de 2025, por motivo de las vacaciones programadas de los Jueces y Juezas de Apelaciones. OATA-2025-223.

conferida por la Regla 7(B)(5) de nuestro Reglamento, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, pág. 15, 215 DPR __ (2025),[2] este Tribunal concluye que la parte peticionaria no pudo establecer que el Foro Primario hubiera incurrido en error alguno. Tampoco surge del expediente que el tribunal recurrido haya abusado de la discreción que le asiste, de forma tal que se haga meritorio eludir la norma de abstención judicial que regula el ejercicio de nuestras funciones.

Así pues, en virtud de lo dispuesto en la Regla 40 del Reglamento de este Tribunal de Apelaciones, supra, declaramos ***"No Ha Lugar"*** la solicitud de auxilio de jurisdicción, y ***denegamos*** expedir el recurso de *certiorari*.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.


LCDA. LILIA M. OQUENDO SOLÍS
Secretaria del Tribunal de Apelaciones

---

[2] Esta regla nos permite "prescindir de términos no jurisdiccionales, escritos, notificaciones o procedimientos específicos en cualquier caso ante [nuestra] consideración, con el propósito de lograr su más justo y eficiente despacho [...]". Reglamento del Tribunal de Apelaciones, supra.